■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY OWENS, Appellant. [741 NYS2d 758] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered October 25, 1999, convicting defendant upon his plea of guilty of, inter alia, felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.